```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

United States of America,     :

       Plaintiff,

  v.                              Case No. 2:25-cr-124

Dequan M. Keys,

       Defendant.           :

**<ins>ORDER OF DETENTION</ins>**

In accordance with Title 18 U.S.C. §3142(f), a detention hearing has been scheduled, held, or waived. The following facts and circumstances require the defendant to be detained pending trial.

> The defendant makes no application for release at this time. A motion for conditions of release and a detention hearing may be filed at a later date.

**DIRECTIONS REGARDING DETENTION**

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On Order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance.

August 13, 2025                 */s/ Norah McCann King*
                                   United States Magistrate Judge